IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KRISTIN M. KINGREY,

       Plaintiff,

v.                                   Civil Action No. 2:21-cv-00612

CHRISTINE WORMUTH, SECRETARY
OF THE DEPARTMENT OF THE ARMY;
FRANK KENDALL, SECRETARY OF
THE DEPARTMENT OF THE AIR FORCE,

       Defendants.

## MOTION IN LIMINE OF DEFENDANTS TO SEQUESTER WITNESSES AT TRIAL

Pursuant to Fed.R.Evid. 615, defendants move the Court to enter an order to sequester witnesses at trial so that they cannot hear the testimony of other witnesses. In relevant part, Fed.R.Evid. 615 provides that "[a]t a party's request, the court must order witnesses excluded so that they cannot hear other witnesses' testimony." *Id.* Accordingly, the defendants request that all witnesses to be called at trial be sequestered in accordance with Fed.R.Evid. 615.

Respectfully submitted,

**WILLIAM S. THOMPSON**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV   25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
Counsel for Defendants Christine Wormuth, Secretary of the Department of the Army, and Frank Kendall, Secretary of the Department of the Air Force

## CERTIFICATE OF SERVICE

      I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on July 31, 2023, I electronically filed the foregoing **MOTION IN LIMINE OF DEFENDANTS TO SEQUESTER WITNESSES AT TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

    Michael B. Hissam (WVSB #11526)
    Casey E. Waldeck (WVSB #14001)
    HISSAM FORMAN DONOVAN RITCHIE PLLC
    P.O. Box 3983
    Charleston, WV 25339
    Counsel for plaintiff

                                                  **s/Fred B. Westfall, Jr.**
                                                  WV State Bar No. 3992
                                                  Assistant United States Attorney
                                                  300 Virginia Street East, Room 4000
                                                  Charleston, WV   25326
                                                  Phone: 304-345-2200
                                                  Fax: 304-347-5443
                                                  E-mail: fred.westfall@usdoj.gov
                                                  Counsel for Defendants