# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**KRISTIN M. KINGREY**

    **Plaintiff,**

v.                                                               Civil Action No: 21-CV-00612

**CHRISTINE WORMUTH, SECRETARY
OF THE DEPARTMENTOF THE ARMY;
FRANK KENDALL, SECRETARY OF
THE DEPARTMENT OF THE AIR FORCE**

    **Defendant.**

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Kayla S. Reynolds enters this appearance for Plaintiff Kristin M. Kingrey in the above-captioned proceeding. Ms. Reynolds is to be included as additional counsel of record on all subsequent filings in this matter and served at the offices, addresses, telephone numbers, and email addresses as follows:

Kayla S. Reynolds
Hissam Forman Donovan Ritchie, PLLC
P.O. Box 3983
Charleston, WV 25339
(681) 265-3802 *office*
(304) 982-8056 *fax*
kreynolds@hfdrlaw.com

Dated:  August 8, 2023                                     **Respectfully submitted,**

                                                                          */s/ Kayla S. Reynolds*
                                                                          Michael B. Hissam (WVSB #11526)
                                                                          Kayla S. Reynolds (WVSB #13268)
                                                                          HISSAM FORMAN DONOVAN RITCHIE PLLC
                                                                          P.O. Box 3983
                                                                          Charleston, WV 25339
                                                                          681-265-3802 *office*
                                                                          304-982-8056 *fax*
                                                                          mhissam@hfdrlaw.com
                                                                          kreynolds@hfdrlaw.com